SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
VINCENT BARREDO (CSB No. 275518)
vbarredo@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendants GoPro, Inc., Nicholas D.
Woodman and Brian T. McGee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN DYE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GOPRO, INC., NICHOLAS D. WOODMAN AND BRIAN T. MCGEE,<br><br>        Defendants. | Case No.: 3:18-cv-00248-WHA<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Date Action Filed:  January 11, 2018 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, on January 11, 2018, Plaintiff Nathan Dye ("Plaintiff"), individually and on behalf of all others similarly situated, filed a putative class action complaint captioned *Dye v. GoPro, Inc., et al.*, No. 3:18-cv-00248 against defendants GoPro, Inc., Nicholas Woodman, and Brian McGee (collectively, "Defendants" and with Plaintiff, the "Parties") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (the "Complaint");

WHEREAS, on January 12, 2018, this Court issued an Order Setting Initial case Management Conference and ADR Deadlines (Dkt. No. 5) in the above-captioned action, setting the following deadlines:

1. **March 29, 2018** for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civ. L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding discovery, early settlement, and the ADR Multi-Option Program;

2. **April 12, 2018** for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. **April 19, 2018 at 11:00 a.m.** for an initial case management conference;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

WHEREAS, lead plaintiff and lead counsel have not yet been appointed pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4. The deadline to move for appointment as lead plaintiff is March 12, 2018;

WHEREAS, once a lead plaintiff is appointed, the Court will then appoint lead counsel. *See* § 78u-4(a)(3)(B)(v);

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (iii) such lead plaintiff serves an amended or consolidated complaint;

WHEREAS, the parties respectfully submit that good cause exists to vacate the April 19, 2018 initial case management conference and associated ADR deadlines until such time as the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel; and

WHEREAS, the Parties hereby stipulate, and respectfully request the Court to order, as follows:

1.     Within 14 days of an order by the Court appointing lead plaintiff and lead counsel, Defendants and any lead plaintiff(s) appointed by the Court shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint or consolidated complaint and for the filing of a responsive pleading, including a briefing schedule with respect to any anticipated motions to dismiss;

2.     Defendants shall not be required to answer, move, or otherwise substantively respond to the Complaint until the date agreed upon by the Parties in the proposed schedule described in paragraph 1 above, if approved by the Court, or until such other further order by the Court.

3.     Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for April 19, 2018 shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date after the filing of any consolidated complaint or after the Court rules on Defendants' anticipated motion to dismiss, as the Court determines to be appropriate; and all associated ADR Multi-Option Program deadlines likewise be deferred.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4. Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed in paragraphs 1 through 3 above.

Dated: January 24, 2018        FENWICK & WEST LLP

                               By: /s/ Catherine D. Kevane
                                   Catherine D. Kevane

                               Attorneys for Defendants GoPro, Inc., Nicholas D.
                               Woodman and Brian T. McGee

Dated: January 24, 2018        ROBBINS GELLER RUDMAN & DOWD LLP

                               By: /s/ Shawn Williams
                                   Shawn Williams

                               Attorneys for Plaintiff Nathan Dye

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 24, 2018                By: /s/ Catherine D. Kevane
                                           Catherine D. Kevane

                                       * * *

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

CMC reset for 5/24/18 at 9:30 a.m. Joint CMC statement due 5/17/18

Dated: _2/6/18_

The Honorable William Alsup
United States District Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO